# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00310-CV

**Texas Alcoholic Beverage Commission and Alan Steen, Administrator, Appellants**

**v.**

**Connoisseur Encounters Company, Inc. d/b/a The Wine Cellar at Bee Cave, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-12-00388, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Connoisseur Encounters Company, Inc. d/b/a The Wine Cellar at Bee Cave has informed this Court that the parties have resolved the underlying case and has filed an unopposed motion to dismiss it. Counsel for Connoisseur Encounters states that she has conferred with counsel for Texas Alcoholic Beverage Commission and Alan Steen, Administrator, who do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellee's Motion

Filed: November 7, 2013